UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY LUCERO, JR.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　　Defendant. | Civil No. 2:22-CV-01044-AR<br><br><br>ORDER FOR REMAND |

　　　Based on the parties' stipulation, this case is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). The Appeals Council will remand this case to a new Administrative Law Judge who will further evaluate the opinions from Robert Strait, N.D., and the consultative examiner, Scott Alvord, Psy.D.; take any further action needed to complete the administrative record; and issue a new decision.

　　　IT IS SO ORDERED this 22nd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jeff Armistead
Submitted by:　　　　　　　　　　　　　　　　United States Magistrate Judge

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Joseph J. Langkamer
JOSEPH J. LANGKAMER
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2212